SEALED

1 | BENJAMIN B. WAGNER
United States Attorney
2 | JILL M. THOMAS
Assistant U.S. Attorney
3 | CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
4 | 501 I Street, Suite 10-100
Sacramento, California 95814
5 | Telephone: (916) 554-2781

6

7



FILED

APR 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8 |            IN THE UNITED STATES DISTRICT COURT

9 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |                                    2:12 - CR - 146  LKK

11 | UNITED STATES OF AMERICA,      )    Case No.
                                    )
12 |                  Plaintiff,    )    **ORDER TO SEAL**
                                    )    **(Under Seal)**
13 |          v.                    )
                                    )
14 | MARCO ANTONIO NARANJO,         )
                                    )
15 |                  Defendant.    )
                                    )
16 |                                )

17 | _____

18 |        The Court hereby orders that the Indictment, the Petition of

19 | Special Assistant U.S. Attorney Christopher S. Hales to seal the

20 | indictment, and this Order, in the above-referenced case, shall be

21 | sealed until further order of this Court.

22 | DATED: April 12, 2012

23 |                              GREGORY G. HOLLOWS

24 |                              _____
                                 GREGORY G. HOLLOWS
                                 United States Magistrate Judge

25

26

27

28

                                    3