```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    MARCO ANTONIO NARANJO
 7

 8

 9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       ) No. CR. S-12-146 LKK
                                    )
13              Plaintiff,          ) STIPULATION AND ORDER CONTINUING
                                    ) STATUS CONFERENCE TO JUNE 26,
14      v.                          ) 2012, AT 9:15 A.M.
                                    )
15  MARCO ANTONIO NARANJO,          ) Date:  May 15, 2012
                                    ) Time:  9:15 a.m.
16              Defendant.          ) Judge: Hon. Lawrence K. Karlton
    _____ )
17
```

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Naranjo, that the Court should vacate the status conference scheduled for May 15, 2011, at 9:15 a.m., and reset it for June 26, 2012, at 9:15 a.m.

Defense counsel was just appointed to represent defendant and requires time to obtain and review discovery, to consult with Mr. Naranjo, and to conduct further investigation.

/ / /

STIPULATION AND ORDER                1                         CR. S-12-146 LKK

1      The parties further stipulate that the Court should exclude the
2 period from the date of this order through June 26, 2012, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Naranjo's request for a continuance outweigh the best interest of the
7 public and Mr. Naranjo in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10 Dated: May 9, 2012               Respectfully submitted,

11                                  DANIEL BRODERICK
                                    Federal Defender
12
                                    /s/ M.Petrik
13                                  _____
                                    MICHAEL PETRIK, Jr.
14                                  Assistant Federal Defender

15 Dated: May 9, 2012               BENJAMIN B. WAGNER
                                    United States Attorney
16
                                    /s/ M.Petrik for
17                                  _____
                                    JILL M. THOMAS
18                                  Assistant U.S. Attorney

19

20

21                                **ORDER**

22    **IT IS SO ORDERED.**  The status conference is reset for June 26,
23 2012, at 9:15 a.m.  The Court finds that a continuance is necessary for
24 the reasons stated above, and further finds that the ends of justice
25 served by granting a continuance outweigh the best interests of the
26 public and the defendant in a speedy trial.  Time is therefore excluded

27

28 STIPULATION AND ORDER                 2                    CR. S-12-146 LKK

1 | from the date of this order through June 26, 2012, pursuant to 18
2 | U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: May 10, 2012

_Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER                           3                           CR. S-12-146 LKK