1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                 UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  No. 12-146 LKK
                                     )
11                 Plaintiff,        )  ORDER
                                     )
12      v.                           )  Date:  July 10, 2012
                                     )  Time:  9:15 a.m.
13  MARCO ANTONIO NARANJO,           )  Judge: Hon. Lawrence K. Karlton
                                     )
14                 Defendant.        )
    _____ )
15

16      This matter came before the Court for status conference on July

17  10, 2012.  The parties agreed to reschedule the status conference on

18  August 28, 2012, at 9:15 a.m.  The parties also agreed to exclude time

19  under the Speedy Trial Act up to and including August 28, 2012,

20  pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of

21  defense counsel.  Finally, the parties agreed that the ends of justice

22  served by granting the defendant's request for a continuance outweigh

23  the best interest of the public and the defendant in a speedy trial.

24  / / /

25  / / /

26  / / /

27  / / /

28  ORDER                            1                        12-146 LKK

1       Good cause appearing therefor,

2       **IT IS ORDERED** that this matter is rescheduled for August 28, 2012,

3  at 9:15 a.m.;

4       **IT IS FURTHER ORDERED** that the period from July 10, 2012, up to

5  and including August 28, 2012, is excluded pursuant to 18 U.S.C. §

6  3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

7       **THE COURT FINDS** that the ends of justice served by granting the

8  defendant's request for a continuance outweigh the best interest of the

9  public and the defendant in a speedy trial.

10 Dated:   July 19, 2012

11

12                                        LAWRENCE K. KARLTON
                                          SENIOR JUDGE
13                                        UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
ORDER                              2                        12-146 LKK