BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br> MARCO ANTONIO NARANJO,          )<br>                                 )<br>            Defendant.           )<br> _____) | CR. No. S-12-00146 LKK<br><br>ORDER RE: SCHEDULING STATUS<br>CONFERENCE, AND EXCLUDING<br>TIME UNDER SPEEDY TRIAL ACT<br><br>DATE:  September 5, 2012<br>TIME:  9:15 a.m.<br>CTRM:  Honorable Lawrence K. Karlton |

On August 28, 2012, the Court held a status conference in this case.  Assistant U.S. Attorney Jill M. Thomas appeared on behalf of plaintiff, United States of America.  Linda Harter, Esq., appeared on behalf of Michael Petrik, Esq., for defendant Marco Antonio Naranjo, who was present and in custody.

At the request of the defendant, this Court granted a continuance for a further status conference to September 5, 2012, at 9:15 a.m.  The Court further excluded time from August 28, 2012, to, and including, September 5, 2012, from computation of time within which the trial of this matter must be commenced pursuant to Local Code T4.  Ms. Harter requested the continuance for purposes of continuity of counsel.  The parties continue to negotiate as to a

disposition in this case.

ACCORDINGLY, it is hereby ordered that the status conference set for August 28, 2012, at 9:15 a.m., be continued to September 5, 2012, at 9:15 a.m., and that the time beginning August 28, 2012, and extending through September 5, 2012, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: September 4, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT