```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   MARCO ANTONIO NARANJO
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 12-146 LKK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE TO SEPTEMBER |
| v. | ) 25, 2012, AT 9:15 A.M. |
| | ) |
| MARCO ANTONIO NARANJO, | ) Date: September 5, 2012 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Naranjo, that the Court should vacate the status conference scheduled for September 5, 2012, at 9:15 a.m., and reset it for September 25, 2012, at 9:15 a.m.

Defense counsel needs additional time to obtain and review discovery, to consult with Mr. Naranjo, and to conduct further investigation.

STIPULATION AND ORDER                     1                        12-146 LKK

    The parties further stipulate that the Court should exclude the period from the date of this order through September 25, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Naranjo's request for a continuance outweigh the best interest of the public and Mr. Naranjo in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: August 30, 2012   Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik

---

MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: August 30, 2012   BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for

---

JILL M. THOMAS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for September 25, 2012, at 9:15 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of

STIPULATION AND ORDER     2     12-146 LKK

1  the public and the defendant in a speedy trial.  Time is therefore
2  excluded from the date of this order through September 25, 2012,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: September 4, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER                       3                        12-146 LKK