1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 12-146 LKK
                                    )
11              Plaintiff,          )  ORDER
                                    )
12      v.                          ) Date:   September 25, 2012
                                    ) Time:   9:15 a.m.
13 MARCO ANTONIO NARANJO,           ) Judge:  Hon. Lawrence K. Karlton
                                    )
14              Defendant.          )
   _____ )
15

16      This matter came before the Court for status conference on

17 September 25, 2012.  The parties agreed to reschedule the status

18 conference on October 16, 2012, at 9:15 a.m.  The parties also agreed

19 to exclude time under the Speedy Trial Act up to and including October

20 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for

21 preparation of defense counsel.  Finally, the parties agreed that the

22 ends of justice served by granting the defendant's request for a

23 continuance outweigh the best interest of the public and the defendant

24 in a speedy trial.

25 / / /

26 / / /

27 / / /

28 [PROPOSED] ORDER                      1                        12-146 LKK

1    Good cause appearing therefor,

2    **IT IS ORDERED** that this matter is rescheduled for October 16,

3    2012, at 9:15 a.m.;

4    **IT IS FURTHER ORDERED** that the period from September 25, 2012, up

5    to and including October 16, 2012, is excluded pursuant to 18 U.S.C. §

6    3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

7    **THE COURT FINDS** that the ends of justice served by granting the

8    defendant's request for a continuance outweigh the best interest of the

9    public and the defendant in a speedy trial.

10   Dated:   September 27, 2012

11

12

13   LAWRENCE K. KARLTON

14   SENIOR JUDGE

     UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                        2                        12-146 LKK